UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JERRY MITCHELL, IREAN MITCHELL, individually and as Next Friends of Mq. R., M. R., Jr., and Mk. R., <br><br> Plaintiff, <br><br> v. <br><br> MARCUS TYRONE ROBINSON, SR., *et al.* <br><br> Defendants. | No. 1:11CV130 SNLJ |

### ORDER

In accordance with this Court's order dated December 9, 2015,

IT IS HEREBY ORDERED that plaintiffs' claims for damages against defendant Marcus Tyrone Robinson, Jr. are DISMISSED.

Dated this   4th   day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE